
**Entered on Docket**
**September 15, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: September 14, 2010**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JOAN MENESES,<br><br><br>            Debtor.<br>_____ | Bankruptcy Case No. 09-33809<br>Chapter 11<br><br>Date: October 25, 2010<br>Time: 9:30 a.m.<br>Ctrm: 235 Pine St., 23rd Fl.<br>      San Francisco, CA 94104 |

**ORDER: (1) CONDITIONALLY APPROVING DISCLOSURE STATEMENT DATED AUGUST 31, 2010; AND (2) SETTING CONFIRMATION SCHEDULE**

On September 13, 2010, the court held a hearing on approval of Debtor's third amended disclosure statement dated August 31, 2010 (the Disclosure Statement). Kenneth R. Graham appeared for Debtor. Patricia A. Cutler appeared for the United States Trustee.

Upon due consideration, the court hereby orders as follows:

(1) The Disclosure Statements is approved, conditioned upon Debtor filing, by no later than September 20, 2010, an amended disclosure statement and an amended plan that include the following specific changes:

>   (a) Disclosure Statement, Page 2, lines 9-10: modify to
>   provide for discharge of debts only upon completion of
>   plan payments. 11 U.S.C. § 1141(d)(5).

-1-

    (b) Disclosure Statement, Page 2, lines 16 and 23: resolve the inconsistency regarding the amount of cash Debtor has on hand.

    (c) Disclosure Statement, Page 2, line 17: modify the total sum to be paid on the effective date.  It appears from the plan that the only amounts to be paid on the effective date are small claims (total payment to this class is $3,918.20) and fees to counsel of $8,250, if such fees have been approved by them.

    (d) Disclosure Statement, Page 2, line 26: insert a ballot-return and objection deadline of October 18, 2010.

    (e) Plan, page 3: replace the name "Citibusiness" with "Citibank South Dakota NA."

  (2) If Debtor timely and fully complies with paragraph (1) of this order, the court determines that the Disclosure Statement, as amended, contains adequate information.

  (3) The deadline for Debtor to serve the amended Disclosure Statement, the amended plan, and ballots is September 20, 2010.

  (4) The deadline for creditors to return ballots and to file an objection to confirmation of the amended plan is October 18, 2010.

  (5) The deadline for Debtor to file a ballot summary and copies of all ballots returned is October 21, 2010.

  (6) The court will hold a hearing on confirmation of the amended plan on October 25, 2010 at 9:30 a.m.

**END OF ORDER**

Case: 09-33809 Doc# 120 Filed: 09/14/10 Entered: 09/15/10 10:46:24 Page 2 of 2